BEFORE THE THIRD DIVISION, MAY 4, 1945

No. 50163.—Protests 975832–G, etc., of Chan & Chan et al. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on authority of the decisions cited, the protests were sustained as follows: (1) Bak hop, lotus nuts (hoi shin lien, hoi pak lien), and yuen yuk the same in all material· respects as the merchandise passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held free of duty under paragraph 1669, Tariff Act of 1930, or under paragraph 1567, Tariff Act of 1922, as crude drugs; and (2) fungus similar to that the subject of *Quong Yu Wo* v. *United States* (T. D. 48003) was held dutiable at 35 percent under paragraph 775, Tariff Act of 1930, as vegetables, prepared or preserved.